IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CATALINA LONDON LIMITED
F/K/A ALEA LONDON LIMITED                                          PLAINTIFFS

VS.                               CASE NO. 11-CV-4091

JEANNE ESTATES APARTMENTS, INC.,
*et al.*                                                            DEFENDANTS

## ORDER

Before the Court is Motion to Dismiss (ECF No. 106) filed on behalf of Defendant Cherry Hill Printing Company, Inc. Plaintiff Catalina London Limited f/k/a Alea London Limited ("Catalina") has filed a response. (ECF No. 107). The Court finds this matter ripe for consideration.

Cherry Hill Printing moves to dismiss Catalina's action for declaratory judgment as to the underlying case *Kolbek, et al. v. Twenty-First Century Holiness Tabernacle Church*, Inc. et al., Case No. 4:10-cv-04124. Cherry Hill Printing argues that, because it was dismissed from the *Kolbek* suit, there is no remaining controversy between the parties as to the *Kolbek* suit. In response to the motion, Catalina points out that it has already stated on the record that it is no longer seeking a declaratory judgment as to Cherry Hill Printing with respect to the *Kolbek* action. (ECF No. 105, p. 3). Accordingly, the Court finds that the motion (ECF No. 106) should be and hereby is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 31st day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge