IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CATALINA LONDON LIMITED
F/K/A ALEA LONDON LIMITED                                               PLAINTIFFS

VS.                               CASE NO. 11-CV-4091

JEANNE ESTATES APARTMENTS, INC.,
*et al.*                                                                DEFENDANTS

## JUDGMENT

Before the Court is an Amended Motion for Summary Judgment (ECF No. 103) filed on behalf of Plaintiff Catalina London Limited f/k/a Alea London Limited ("Catalina"). Defendants Cherry Hill Printing Company, Inc. and Jeanne Estates Apartments, Inc. have filed a response.[1] (ECF No. 108). Catalina has filed a reply. (ECF No. 110). The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that Catalina's Amended Motion for Summary Judgment (ECF No. 103) should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 31st day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Defendant-Insureds Steve Johnson and Steve Johnson d/b/a Cherry Hill Printing, Inc. have not filed a response to the motion. Defendant-Claimants Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, Pebbles Rodriguez, Spencer Ondrisek, Seth Calagna, and Christhiaon Coie have not filed a response to the motion.